UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 14-166 |
| KIM PARISH | SECTION "R" |

### ORDER AND REASONS

Before the Court is Kim Parish's motion to modify the terms of her sentence. For the following reasons, Parish's motion is denied.

## I. BACKGROUND

On August 7, 2014, Kim Parish was charged by Bill of Information with wire fraud and bank fraud.[1] After pleading guilty to both charges,[2] this Court sentenced Ms. Parish to forty (40) months as to both counts, to be served concurrently.[3] Parish is serving her sentence at Federal Correctional Institution Marianna, in Marianna, Florida. Parish now moves the Court to modify the terms of her sentence to allow her to serve her remaining time under house confinement and/or probation.[4]

---

[1] R. Doc. 1 at 2-3.
[2] R. Doc. 24.
[3] R. Doc. 41.
[4] R. Doc. 44.

## II.  DISCUSSION

Ms. Parish seeks this modification due to her health ailments, believing that she cannot receive adequate treatment at FCI Marianna.[5] Parish brings her motion under 18 U.S.C. § 3582(c)(1)(A).  The Court lacks authority to grant the relief Parish seeks.  According to 18 U.S.C. § 3852(c)(1)(A), the Court may not modify a term of imprisonment once it has been imposed unless it receives a motion from the Director of the Bureau of Prisons.  *Id.*; *see also* U.S.S.G. 1B1.13 ("Upon motion of the Director of the Bureau of Prisons under 18 U.S.C. § 3852(c)(1)(A), the court may reduce a term of imprisonment.").  No such motion has been made in this case.  Further, the Bureau of Prisons, not this Court, must determine if Parish should serve the remainder of her sentence in home confinement.  *See* 18 U.S.C. § 3624(c); *United States v. Sneed*, 63 F.3d 381, 388 n.6 (5th Cir. 1995) ("request[s] for home confinement . . . are properly directed to the Bureau of Prisons.) (citation omitted); *United States v. Smith*, No. 06-86, 2007 WL 1412069, at *1 (W.D. Pa. May 10, 2007) (stating that 18 U.S.C. § 3624(c) "gives the *Bureau of Prisons* [], and not the *sentencing court*, authority to place a prisoner in home confinement.") (emphasis in original).

---

[5]  *Id.* at 2.

## III. CONCLUSION

For the foregoing reasons, Parish's motion is DENIED.

New Orleans, Louisiana, this __27th__ day of December, 2016.

_____Sarah Vance_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE